Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE PHAIR,<br><br>Defendant. | NO. CR08-132RSL<br><br>ORDER MODIFYING SENTENCE |

This Court being familiar with the records and files herein, and having reviewed the emergency motion of the United States, finds compelling reasons to modify the term of imprisonment and order that MAURICE PHAIR's term of imprisonment be reduced to a term of "time served" as of May 2, 2014.

It is the order of the Court that MAURICE PHAIR will be released from custody on May 2, 2014. Upon his release from custody, MAURICE PHAIR is to go directly to the Mack House and await further instructions from his United States Probation officer.

DATED this 30th day of April, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER/PHAIR
CR08-132RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970